**Melvin TRAYLOR, Petitioner–Appellant**

v.

**Dan JOSLIN, Warden, Respondant–Appellee.**

**No. 06–10149**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2007.

Melvin Traylor, Seagoville, TX, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Melvin Traylor, federal prisoner # 29612–077, filed an application for a writ of habeas corpus, invoking 28 U.S.C. § 2241, and challenging the sentence imposed related to his conviction of conspiracy to distribute crack cocaine. The district court construed the habeas application as an unauthorized successive 28 U.S.C. § 2255 motion and dismissed it without prejudice as an unauthorized successive § 2255 motion. Traylor argues the merits of his habeas claim only and does not discuss in his brief whether the district court erred. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993) (issues not briefed are waived). The appeal is DISMISSED AS FRIVOLOUS.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.